RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for BENAVIDES-MUNOZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-cr-379-LRH-VCF |
|---|---|
| Plaintiff, | **MOTION TO DISMISS INDICTMENT WITH PROPOSED ORDER** |
| vs. | (First Request) |
| OCTAVIO BENAVIDES-MUNOZ, | |
| Defendant. | |

COMES NOW, appointed counsel, Raquel Lazo, Assistant Federal Public Defender, hereby moves this Court to dismiss the Indictment with Proposed Order.

1. On January 3, 2013 the defendant entered a superseding misdemeanor plea to unlawful entry into the United States in violation of 8 USC § 1325(a)(1) and was sentenced. At the hearing, government counsel moved to have the underlying felony indictment dismissed. Magistrate Judge Cam Ferenbach granted the motion.

2. Client hereby moves to have the Indictment dismissed.

DATED this 8th day of January, 2013.

RENE L. VALLADARES
Federal Public Defender

/s/ Raquel Lazo
By: _____
RAQUEL LAZO
Assistant Federal Public Defender

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

          JAN 24 2013

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-379-LRH-VCF |
| Plaintiff, | ORDER |
| vs. | |
| OCTAVIO BENAVIDES-MUNOZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment be DISMISSED.

DATED 23rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 8, 2013, she served an electronic copy of the above and foregoing **MOTION TO DISMISS INDICTMENT WITH PROPOSED ORDER** by electronic service (ECF) to the person named below:

> DANIEL BOGDEN
> United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101
> ROBERT A. BORK
> Assistant United States Attorney
> 333 Las Vegas Blvd. So. 5th Floor
> Las Vegas, NV 89101

/s/ Maribel Bran
———————————————
Employee of the Federal Public Defender

3